# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JARLINE ALMODOVAR,

                      Plaintiff,                            23 **CIVIL** 9353 (AEK)

          -against-                                          __**JUDGMENT**__

WAL-MART STORES EAST, LP, WALMART, INC.,
and WALMART SUPERCENTER STORE #1959,

                    Defendants.

------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 26, 2025, Defendants' motion for

summary judgment (ECF No. 22) is GRANTED. Judgment entered for Defendants. Accordingly,

the case is closed.

**Dated:** New York, New York

        September 29, 2025

                                      **TAMMI M. HELLWIG**

                                      _____
                                         **Clerk of Court**

**BY:**

                                      _____
                                         **Deputy Clerk**